TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
ROBERT W. MAY (CA SBN 295566)
RMay@mofo.com
KATHERINE MOLYNEUX (CA SBN 341452)
KMolyneux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
RECOLOGY INC.; RECOLOGY SAN FRANCISCO; SUNSET SCAVENGER COMPANY; AND GOLDEN GATE DISPOSAL & RECYCLING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILLIAM VILLARROEL, LIESE L. SAND and ROBERT F. SAND, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiffs,<br>v.<br>RECOLOGY, INC., a California Corporation, RECOLOGY SAN FRANCISCO, a California Corporation, SUNSET SCAVENGER COMPANY, a California Corporation, GOLDEN GATE DISPOSAL & RECYCLING COMPANY and DOES 1-100, inclusive,<br>Defendants. | Case No. 4:24-cv-03266-HSG<br><br>**STIPULATION REGARDING TIME TO FILE REPLY IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS; ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: May 30, 2024<br>Trial Date: None Set |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiffs William Villarroel, Liese L. Sand and Robert F. Sand ("Plaintiffs") and Defendants Recology Inc., Recology San Francisco, Sunset Scavenger Company, and Golden Gate Disposal & Recycling Company (collectively, "Defendants" or "Recology," collectively the "Parties") by and through their attorneys of record, stipulate as follows:

**WHEREAS**, on May 3, 2024, Plaintiffs filed their Third Amended Class Action Complaint for Damages, Treble Damages, Restitution, and Injunctive Relief (the "TAC") in San Francisco Superior Court Case No. CGC-21-589528 (Dkt. No. 1, Ex. Z);

**WHEREAS**, on May 30, 2024, Recology filed a Notice of Removal that removed the case to this Court (Dkt. No. 1);

**WHEREAS**, on June 3, 2024, Recology filed its Motion to Dismiss Plaintiffs' Third Amended Complaint (Dkt. No. 9);

**WHEREAS,** on June 10, 2024, this action was reassigned to the Honorable Haywood S. Gilliam, Jr. (Dkt. No. 16);

**WHEREAS**, on June 17, 2024, Plaintiffs filed their Opposition to Recology's Motion to Dismiss Plaintiffs' Third Amended Complaint (Dkt. No. 18);

**WHEREAS,** counsel for Recology requested a courtesy one-week extension for its reply to alleviate scheduling conflicts caused by other matters and because of the federal holiday that fell between Plaintiffs' opposition and Recology's reply deadline under applicable rules;

**WHEREAS,** counsel for Plaintiffs consented to the request for a one-week courtesy extension;

**WHEREAS**, the Parties stipulate and agree to extend Recology's deadline to file a reply in further support of its motion to dismiss by 7 days to July 1, 2024;

**WHEREAS,** no previous time modifications have been made or requested by any of the Parties in this matter; and

**WHEREAS**, the stipulated extension of time would not have any effect on any other date or deadline set by the Court.

1 **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** that Recology shall have until July 1, 2024, to file and serve its reply in further support of its Motion to Dismiss Plaintiffs' Third Amended Complaint.

IT IS SO STIPULATED.

Dated:      June 21, 2024              MORRISON & FOERSTER LLP

/s/ Robert W. May
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
ROBERT W. MAY (CA SBN 295566)
RMay@mofo.com
KATHERINE MOLYNEUX (CA SBN 341452)
KMolyneux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendants*
RECOLOGY INC.; RECOLOGY SAN FRANCISCO; SUNSET SCAVENGER COMPANY; AND GOLDEN GATE DISPOSAL & RECYCLING COMPANY

Dated:      June 21, 2024              ONGARO PC

/s/ Glen Turner
DAVID R. ONGARO (SBN 154698)
dongaro@ongaropc.com
SCOTT S. SHEPARDSON (SBN 197446)
sshepardson@ongaropc.com
GLEN TURNER (SBN 212417)
gturner@ongaropc.com
1604 Union St.
San Francisco, California 94123
Telephone: (415) 433-3900
Facsimile: (415) 433-3950

*Attorneys for Plaintiffs*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all signatories have concurred in the filing of this document.

Dated: June 21, 2024

*/s/ Robert W. May*
Robert W. May

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/21/2024

By: /s/ Haywood S. Gilliam, Jr.
Hon. Haywood S. Gilliam, Jr.
United States District Judge