TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
ROBERT W. MAY (CA SBN 295566)
RMay@mofo.com
KATHERINE MOLYNEUX (CA SBN 341452)
KMolyneux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
RECOLOGY INC.; RECOLOGY
SAN FRANCISCO; SUNSET
SCAVENGER COMPANY; AND
GOLDEN GATE DISPOSAL &
RECYCLING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILLIAM VILLARROEL, LIESE L. SAND and ROBERT F. SAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RECOLOGY, INC., a California Corporation, RECOLOGY SAN FRANCISCO, a California Corporation, SUNSET SCAVENGER COMPANY, a California Corporation, GOLDEN GATE DISPOSAL & RECYCLING COMPANY and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 4:24-cv-03266-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed:  May 30, 2024<br>Trial Date:  None Set |

1    Pursuant to Civil Local Rule 6-2(a), Plaintiffs William Villarroel, Liese L. Sand, and Robert
2    F. Sand (collectively, "Plaintiffs") and Defendants Recology Inc., Recology San Francisco, Sunset
3    Scavenger Company, and Golden Gate Disposal & Recycling Company (collectively,
4    "Defendants" or "Recology," and collectively with Plaintiffs, the "Parties"), by and through their
5    attorneys of record, stipulate and agree as follows and jointly request that the Court enter the below
6    Order approving this stipulation:

7    **WHEREAS**, on May 3, 2024, Plaintiffs filed their Third Amended Class Action Complaint
8    for Damages, Treble Damages, Restitution and Injunctive Relief (the "TAC") in San Francisco
9    Superior Court Case No. CGC-21-589528 (Dkt. No. 1, Ex. Z);

10   **WHEREAS**, on May 30, 2024, Recology filed a Notice of Removal that removed the case
11   to this Court (Dkt. No. 1);

12   **WHEREAS**, on July 3, 2024, the Court issued a Clerk's Notice Scheduling the Initial Case
13   Management Conference for September 3, 2024 (Dkt. No. 23);

14   **WHEREAS,** Civil Local Rule 16-10(a) requires Lead Counsel from both parties to attend
15   the Initial Case Management Conference.  Lead Counsel for Recology has a scheduling conflict at
16   the time of the Initial Case Management Conference on September 3, 2024, as Lead Counsel is
17   scheduled to appear at an Initial Case Management Conference for another case in the Northern
18   District of California at the same time on the same date;

19   **WHEREAS,** Parties' counsel met and conferred, during which Plaintiffs' counsel indicated
20   they agree to continue the Initial Case Management Conference; and

21   **WHEREAS,** counsel for the Parties respectfully submit that good cause exists to continue
22   the September 3, 2024 Initial Case Management Conference until September 17, 2024, or a later
23   date that is convenient for the Court.

24   **IT IS THEREFORE STIPULATED THAT:**

25   The Initial Case Management Conference scheduled for September 3, 2024, shall be
26   continued, along with all associated deadlines under the Federal Rules of Civil Procedure and the
27   Local Civil Rules for the United States District Court for the Northern District of California and all
28   associated ADR Multi-Option Program deadlines, until the week of September 17, 2024, or a later

date that is convenient for the Court.

Dated:	August 13, 2024	MORRISON & FOERSTER LLP

*/s/ Tiffany Cheung*
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
ROBERT W. MAY (CA SBN 295566)
RMay@mofo.com
KATHERINE MOLYNEUX (CA SBN 341452)
KMolyneux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendants*
RECOLOGY INC.; RECOLOGY SAN FRANCISCO; SUNSET SCAVENGER COMPANY; AND GOLDEN GATE DISPOSAL & RECYCLING COMPANY

Dated:	August 13, 2024	ONGARO PC

*/s/ Glen Turner*
GLEN TURNER (SBN 212417)
gturner@ongaropc.com
DAVID R. ONGARO (SBN 154698)
dongaro@ongaropc.com
SCOTT S. SHEPARDSON (SBN 197446)
sshepardson@ongaropc.com
1604 Union St.
San Francisco, California 94123
Telephone: (415) 433-3900
Facsimile: (415) 433-3950

*Attorneys for Plaintiffs*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all signatories have concurred in the filing of this document.

Dated: August 13, 2024

*/s/ Tiffany Cheung*
Tiffany Cheung

3

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                    By: _____
                                               Hon. Haywood S. Gilliam, Jr.
                                               United States District Judge

4